No. 1068. KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. v. KARP ET AL. Appeal from D. C. N. J. Judgment vacated and case remanded for further consideration in light of judgment of this Court in No. 2, *Younger* v. *Harris* [*ante,* p. 37], No. 7, *Samuels* v. *Mackell,* and No. 9, *Fernandez* v. *Mackell* [*ante,* p. 66]. MR. JUSTICE DOUGLAS is of the opinion that the judgment should be affirmed for reasons set forth in his dissenting opinion in *Younger* v. *Harris, ante,* p. 58.

No. 74. ZIM ISRAEL NAVIGATION CO., LTD. v. TARABOCCHIA. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Usner* v. *Luckenbach Overseas Corp.,* 400 U. S. 494, decided January 25, 1971. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN, and MR. JUSTICE BRENNAN dissent.

No. ——. KARR ET AL. v. SCHMIDT ET AL. C. A. 5th Cir. Motion to vacate stay of injunction denied.

No. ——. SPILLERS v. SLAUGHTER ET AL.; and
No. ——. POPE ET AL. v. HAIMOWITZ ET AL. D. C. M. D. Fla. Applications for stay and/or injunctive relief presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.